JOHN GOFF v. THE STATE.

No. 4240.  Decided June 19, 1909.

Rehearing denied October 13, 1909.

Local Option—Sufficiency of the Evidence.
  Where, upon trial of a violation of the local option law, the State's testimony
showed a sale, and that of the defendant an order for the whisky, the matter
was a question of fact for the jury, and the conviction will not be disturbed.

Appeal from the County Court of Lamar.  Tried below before
the Hon. Leslie. Hardison.

Appeal from a conviction of a violation of the local option law;
penalty, a fine of $50 and thirty days confinement in the county
jail.

The opinion states the case.

*E. P. Scott,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

RAMSEY, JUDGE.—Appellant appeals from a conviction had in
the County Court of Lamar County on January 8, 1909, wherein
he was charged with the unlawful sale of intoxicating liquors in
said county.  The case was tried before the court without the inter-
vention of a jury, and practically the only question to be considered
is the sufficiency of the evidence.  The testimony of the prosecuting
witness, Herman Sick, showed that appellant came to his place of
business and asked if he, witness, wanted some good whisky and
showed him a list of liquors he had and said that "Rye" whisky
was good, and if he wanted two quarts he would bring it to him.
That about two days after this appellant came to his shop, brought
a package containing two quarts of whisky and carried it behind
a curtain where he, witness, changes his clothes, and when he came
out he said, "It will cost you $2.80."  Nothing was said about order-
ing any whisky; that he did not know where appellant got the
whisky and knew nothing about his ordering whisky.  Appellant
on the other hand claimed, in substance, that he had ordered the
whisky for witness through the Paris Liquor Company at Texarkana,
and that same had been sent direct from Texarkana on such order.
There was considerable evidence offered by appellant tending to
sustain his contention.  It was shown that a package supposed to
contain liquor arrived at the express office at Paris consigned to
Sick, and that this was obtained by appellant, but that Sick never
appeared at the express office and denied having given any order
on the express office for same.  The case is essentially one of fact
and after hearing all the facts the court found against the conten-

tion of the appellant. This judgment of the court is entitled to respect, and if there is evidence in the record which fairly considered would support the court's judgment we should sustain same. We think there is abundant evidence to sustain the judgment of conviction. It is therefore ordered that the judgment be and the same is hereby affirmed.

*Affirmed.*

[Rehearing denied October 13, 1909.]